UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-1073-JST (JPRx)                              Date:  June 4, 2013
Title:  Gerald Lee Carroll, et al. v. Bank of New York Mellon

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE BANKRUPTCY PROCEEDINGS**

   On May 31, 2013, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss.  (Doc. 31.)  In their Opposition's Table of Contents, Plaintiffs have headings related to bankruptcy proceedings.  For instance, heading IV.B. of the Table of Contents states that "[t]he Plaintiff concedes that he may be presently estopped from prosecuting the complaint and may presently lack standing to assert the claims because they remain the property of the bankruptcy estate."  (Opp'n at 2 (capitalization omitted).)  Plaintiffs do not, however, mention bankruptcy proceedings in their First Amended Complaint, nor have they informed the Court through their Opposition of any bankruptcy proceedings.[1]  Plaintiffs are ORDERED to inform the Court of any bankruptcy proceedings that are relevant to this matter by **Friday, June 7, 2013, at 3:00 P.M**.

                                                                                    Initials of Preparer:  tg

---

[1] The Court also notes that the Table of Contents headings reference "U.S. Bank, As Trustee For The Morgan Stanley Trust."  (*Id.* at 2.)  Neither U.S. Bank nor Morgan Stanley are parties to this case.